UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

LAURA CANADAY, individually and on
behalf of all others similarly situated,

       Plaintiff,

Case No. 1:19-CV-01084-STA-jay

v.

THE ANTHEM COMPANIES, INC.,

       Defendant.

_____

**PLAINTIFF'S MOTION FOR RULE 54(b) CERTIFICATION**
_____

Plaintiff Laura Canaday, on behalf of opt-in plaintiffs Patrice LeFlore, Mary Bishop and Latrice Gainey, by and through her counsel of record, hereby submits the following Motion for Rule 54(b) Certification. This motion is based on Plaintiff's supporting memorandum and all of the files, records and proceedings herein, as well as further points and authorities presented to this Court.

**NICHOLS KASTER, PLLP**

Date: February 28, 2020

s/Rachhana T. Srey
Rachhana T. Srey, MN Bar No. 340133
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
srey@nka.com
npederson@nka.com
*Admitted pro hac vice*

**DONATI LAW, PLLC**
William B. Ryan
1545 Union Avenue

1

        Memphis, TN 38104
        billy@donatilaw.com

**Attorneys for Plaintiffs
and the Putative Collective**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2020, I filed the foregoing document via the Court's ECF system, which will cause a copy of the same to be served via email on all attorneys of record in this matter, including Brett C. Bartlett, Kevin M. Young, and Jade M. Gilstrap, attorneys for Defendant.

    s/ Rachhana T. Srey
Rachhana T. Srey