UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LAURA CANADAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ANTHEM COMPANIES, INC.,<br><br>Defendant. | Case No. 1:19-cv-01084-STA-jay |

### SUPPLEMENTAL JOINT RULE 26(F) REPORT

Pursuant to the Court's Order, Plaintiff Laura Canaday ("Plaintiff") and Defendant The Anthem Companies, Inc. ("Anthem" and, together with Plaintiff, the "Parties") met and conferred on May 6, 2020, and agree to the following deadlines to supplement the Parties' Joint Rule 26(f) Report filed on August 2, 2019:

**MOTIONS TO JOIN PARTIES**: July 10, 2020

**MOTIONS TO AMEND PLEADINGS**: July 10, 2020

**MOTIONS TO DISMISS**: August 10, 2020

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a) ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):** August 4, 2020

    **(b) SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)[1]:**

        **Mediator's Name: TBD**
        **Stipulation Filing Date: July 3, 2020**
            **(**If the parties fail to agree upon a Mediator before or during the Rule 16 scheduling conference, the Court shall select a Mediator for the case from the Court's Mediator list and shall issue an Order notifying the parties of the Mediator's identity)

**COMPLETING ALL DISCOVERY**: October 26, 2020

  (a) **WRITTEN DISCOVERY**: September 25, 2020
  (b) **DEPOSITIONS**: October 26, 2020

---

[1] In the event that Plaintiff is *pro se* and proceeding IFP, the mediator must be selected from the Court's Mediation Panel.  *Pro Se* IFP Mediation Plan 6.

**EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)**:

(a) **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**: August 27, 2020
(b) **DISCLOSURE OF DEFENDANT'S (OR OPPOSING PARTY) RULE 26(a)(2) EXPERT INFORMATION**: September 25, 2020
(c) **EXPERT WITNESS DEPOSITIONS**: October 26, 2020

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: November 13, 2020

**SUPPLEMENTATION UNDER RULE 26(e)(1)**: October 23, 2020

**FILING DISPOSITIVE MOTIONS**: December 10, 2020

**OTHER RELEVANT MATTERS**:

As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek discovery of electronically stored information ("e-discovery" or "ESI"). The parties have not yet reached an agreement regarding e-discovery and will comply with the default standards described in Local Rule 26.1(e) until such time, if ever, the parties reach an agreement and the Court approves the parties' e-discovery plan.

No depositions may be scheduled to occur after the discovery deadline. All discovery requests or other discovery-related filings that require a response must be filed sufficiently in advance of the discovery deadline to enable the opposing party to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served within 45days of the default or service of the response, answer, or objection that is the subject of the motion. However, if such default or service occurs within 30 days before the discovery deadline, the motion to compel must be filed within 30 days after such default or service

This case is set for a non-jury trial. The pretrial order deadline, pretrial conference date, and trial date will be set by separate Order. The parties anticipate the trial will last approximately five (10) days.

The parties are ordered to engage in ADR by the ADR deadline, which shall be set pursuant to the Supplemental Scheduling Order referenced herein. Pursuant to Local Rule 16.3(d), within 7 days of completion of ADR, the parties shall file a notice confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60, shall be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

The opposing party must file a response to any opposed motion. Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56. As provided by Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required within seven days of service of the response. Pursuant to Local Rules 12.1(c) and 56.1(c), a party moving for summary judgment or to dismiss may file a reply within 14 days after being served with the response in opposition to the motion.

The parties do not consent to trial before the Magistrate Judge.

This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.

IT IS SO ORDERED.

s/S. Thomas Anderson
CHIEF UNITED STATES JUDGE

Date: 5/12/2020

---

Respectfully submitted this 8th day of May, 2020.

| | |
|---|---|
| s/ Rachhana T. Srey | s/ Brett C. Bartlett |
| Rachhana T. Srey | Brett C. Bartlett |
| Minnesota Bar No. 0340133 | Georgia Bar No. 040510 |
| srey@nka.com | bbartlett@seyfarth.com |
| Neil D. Pederson* | Kevin M. Young |
| npederson@nka.com | Georgia Bar. No. 183770 |
| Minnesota Bar No. 0397628 | kyoung@seyfarth.com |
| NICHOLS KASTER, PLLP | Jade M. Gilstrap |
| 80 S. 8th Street | Georgia Bar No. 992400 |
| Minneapolis, Minnesota 55402 | jgilstrap@seyfarth.com |
| Telephone: (612) 256-3200 | SEYFARTH SHAW LLP |
| Facsimile: (612) 215-6870 | 1075 Peachtree St., N.E., Ste. 2500 |
| *Pro hac vice motion pending* | Atlanta, Georgia 30309-3958 |
| | Telephone: (404) 885-1500 |
| William B. Ryan | Facsimile: (404) 892-7056 |
| Tennessee Bar No. 20269 | |

billy@donatilaw.com
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, Tennessee 38104
Telephone: (901) 278-1004
Facsimile: (901) 278-3111

COUNSEL FOR PLAINTIFF

COUNSEL FOR DEFENDANT