# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **LAURA CANADAY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )   No. 1:19-cv-01084-STA-jay |
| **THE ANTHEM COMPANIES, INC.,** | ) ) ) |
| **Defendant.** | ) |

## ORDER GRANTING JOINT MOTION FOR STAY

Before the Court is the Parties' Joint Motion for Stay, filed July 27, 2020. (ECF No. 92.) For good cause shown, the Parties' Joint Motion is hereby **GRANTED**. The Court hereby **STAYS** all deadlines in this case pending the Sixth Circuit's decision on Plaintiff's petition, and if the Sixth Circuit grants it, pending also the Court's decision on the interlocutory appeal.

Accordingly, the Parties shall notify the Court as to the Sixth Circuit's decision on Plaintiff's petition within fourteen (14) days. Should the Sixth Circuit deny the petition, the parties shall simultaneously file a second supplemental Rule 26(f) Report with modified deadlines for the Court's consideration. Should the Sixth Circuit grant the petition, parties shall file the second supplemental Rule 26(f) report within fourteen (14) days of the Sixth Circuit's decision on the interlocutory appeal.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: July 29, 2020.