UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LAURA CANADAY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ANTHEM COMPANIES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 1:19-CV-01084-STA-JAY<br>)<br>)<br>)<br>)<br>) |

**Stipulation to Dismiss Without Prejudice Seven Opt-in Plaintiffs**

Plaintiff Laura Canaday, individually and on behalf of all others similarly situated and Defendant The Anthem Companies, Inc. (collectively, "the Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this stipulation of dismissal of opt-in Plaintiffs Mary Bishop (consent date 8/23/2019), Nicole Boyles (consent date 8/27/2019), Kewanna Gordon (consent date 8/30/2019), Lynn Hudak (consent date 7/3/2019), Marcelia Langford (consent date 8/27/2019), Nicole Mateja (consent date 7/23/2019), and Claire Moloney (consent date 11/13/2019), without prejudice.

Pursuant to 29 U.S.C. § 216(b), the above-listed individuals filed their consent to join forms in this case before this Court granted conditional certification and limited the FLSA Collective to only those utilization review nurses who worked in the state of Tennessee. Because they do not meet the conditionally certified FLSA collective definition, these seven individuals are not eligible to pursue their overtime claims in this lawsuit.

1

Accordingly, the Parties jointly submit this stipulation of dismissal voluntarily dismissing without prejudice Plaintiffs Bishop, Boyles, Gordon, Hudak, Langford, Mateja, and Moloney from the above-captioned lawsuit.

Respectfully submitted on this 15th day of September, 2022.

| NICHOLS KASTER, PLLP | SEYFARTH SHAW LLP |
|---|---|
| By: */s/ Rachhana T. Srey* <br> Rachhana T. Srey <br> MN Bar No. 340133 <br> Caitlin L. Opperman* <br> MN Bar No. 0399978 <br> 4700 IDS Center <br> 80 S. 8th Street <br> Minneapolis, Minnesota 55402 <br> Telephone: (612) 256-3200 <br> Facsimile: (612) 338-4878 <br> srey@nka.com <br> copperman@nka.com <br><br> *Admitted Pro Hac Vice <br><br> *Attorneys for Plaintiff and the FLSA Collective* | By: */s/ Lennon B. Haas* <br> Brett C. Bartlett* <br> GA Bar No. 040510 <br> bbartlett@seyfarth.com <br> Kevin M. Young* <br> kyoung@seyfarth.com <br> Lennon B. Haas* <br> GA Bar No. 158533 <br> lhaas@seyfarth.com <br> SEYFARTH SHAW LLP <br> 1075 Peachtree St. NE, Suite 2500 <br> Atlanta, Georgia 30309-3958 <br> Telephone: (404) 885-1500 <br> Facsimile: (404) 892-7056 <br><br> *Admitted Pro Hac Vice <br><br> *Attorneys for Defendants The Anthem Companies, Inc.* |