# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| LAURA CANADAY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE ANTHEM COMPANIES, INC., <br><br> Defendant. | Case No. 1:19-CV-01084-STA-jay |

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS CINDY HARRISON AND KELLI SELLERS

Plaintiff Laura Canaday ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant The Anthem Companies, Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this stipulation of dismissal of opt-in Plaintiffs Cindy Harrison and Kelli Sellers without prejudice.

Pursuant to 29 U.S.C. § 216(b), Harrison filed her consent to join this case on March 9, 2020, and Sellers filed her consent to join this case on October 15, 2019.  ECF Nos. 76 and 50. The Parties now jointly submit this stipulation of dismissal voluntarily dismissing without prejudice Plaintiffs Cindy Harrison and Kelli Sellers from the above-captioned lawsuit.  The Parties understand that this stipulation is self-executing and requires no further action by this Court.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Exact Software N. Am., Inc. v. DeMoisey*, 718 F.3d 535, 540 (6th Circ. 2013) ("Rule 41(a)(1)(A)(ii) orders, generally speaking, are self-executing and do not require judicial approval." (internal quotation marks and citation omitted)).

- 2 -

Respectfully submitted on this 12th day of December, 2022.

| | |
|---|---|
| NICHOLS KASTER, PLLP | SEYFARTH SHAW LLP |
| By: */s/ Caitlin L. Opperman* | By: */s/ Lennon B. Haas* |
| Rachhana T. Srey | Brett C. Bartlett |
| MN Bar No. 340133 | Georgia Bar No. 040510 |
| Caitlin L. Opperman | bbartlett@seyfarth.com |
| MN Bar No. 0399978 | Kevin M. Young |
| 4700 IDS Center | Georgia Bar No. 183770 |
| 80 S. 8th Street | kyoung@seyfarth.com |
| Minneapolis, Minnesota 55402 | Lennon B. Haas |
| Telephone: (612) 256-3200 | Georgia Bar No. 158533 |
| Facsimile: (612) 338-4878 | lhaas@seyfarth.com |
| srey@nka.com | SEYFARTH SHAW LLP |
| copperman@nka.com | 1075 Peachtree St. NE, Suite 2500 |
| | Atlanta, Georgia 30309-3958 |
| DONATI LAW, PLLC | Telephone: (404) 885-1500 |
| | Facsimile: (404) 892-7056 |
| William B. Ryan | |
| 1545 Union Avenue | *Attorneys for Defendant* |
| Memphis, TN 38104 | *The Anthem Companies, Inc.* |
| billy@donatilaw.com | |
| *Attorneys for Plaintiff and the FLSA Collective* | |