IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**LAURA CANADAY, individually and on behalf of all others similarly situated,**

    Plaintiff,

v.                                  No. 1:19-cv-01084-STA-jay

**THE ANTHEM COMPANIES, INC.,**

    Defendant.

### ORDER ON JOINT NOTICE OF SETTLEMENT

On January 26, 2026, the parties filed a Joint Notice of Settlement (ECF No. 170), reporting that they had reached an out-of-court agreement to resolve their dispute. Local Rule 83.13(b) requires the parties to any civil action to promptly notify the presiding judge if they reach a settlement. The Rule then gives the parties 28 days to file a final stipulation or motion for dismissal. The Court finds that the parties have satisfied the notice of settlement required by Local Rule 83.13(b).  The Court hereby continues the non-jury trial set for February 23, 2026, and the pretrial conference set for February 13, 2026.

Instead of the 28 days granted under the Local Rules for filing a motion or stipulation of dismissal, the parties have requested 45 days to file a motion for approval of their settlement.  In Fair Labor Standards Acts cases, the parties must take the additional step of seeking court approval of any settlement agreement. A district court must scrutinize a proposed FLSA settlement for fairness and determine whether it is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Steele v. Staffmark Invs., LLC*, 172 F. Supp. 3d 1024, 1026 (W.D.

Tenn. 2016) (noting the circuit split over "whether settlements or stipulations of dismissal for FLSA claims require court approval" and the fact that the "Sixth Circuit has yet to rule definitively on the question"). In this analysis, the Court examines three factors: (1) whether the settlement was achieved in an adversarial context, (2) whether the plaintiffs were represented by attorneys who can protect their rights and (3) whether the settlement reflects a fair and reasonable compromise of the issues in dispute. *Lynn's Food Stores*, 679 F.2d at 1354.

The parties' request to have 45 days in which to file a joint motion for approval of their FLSA settlement is **GRANTED**. The parties' joint motion is therefore due on or before March 12, 2026.

    **IT IS SO ORDERED.**

    s/ S. Thomas Anderson
    S. THOMAS ANDERSON
    UNITED STATES DISTRICT JUDGE

    Date: January 26, 2026